UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WHITE, #177157,

        Petitioner,                      Case No. 4:18-cv-12325
                                                      Hon. Matthew F. Leitman

v.

JACK KOWALSKI,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S REQUESTS FOR
## CASE STATUS HEARING AND EXPEDITED HEARING

This is a habeas case brought pursuant to 28 U.S.C. § 2254. Michigan prisoner Charles White ("Petitioner") was convicted of five counts of first-degree criminal sexual conduct in the Oakland County Circuit Court and sentenced to concurrent terms of four to 40 years imprisonment in 1984. He was also convicted of prison escape in the Wayne County Circuit Court and sentenced to one to five years imprisonment, which appears to have been amended to one year and one day, to be served consecutively to his other sentences in 1990. *See* Offender Profile, Michigan Department of Corrections Offender Tracking Information System ("OTIS"), http://mdocweb.state.mi.us/otis2profile.aspx?mdocNumber=177157; Pet. Attach. In his pleadings, Petitioner raises claims concerning sentencing credit for time spent in another jurisdiction and claims concerning his sentence and length of detention in the

prison escape case (Wayne Co. No. 90-2252-02-FH).

The matter is currently before the Court on Petitioner's requests for a case status hearing and an expedited hearing. Having reviewed the matter, the Court finds that Petitioner's requests should be denied. Petitioner has submitted his petition and supporting documents. Respondent's answer to the petition and the relevant state court records are due on March 4, 2019. Petitioner shall then have 45 days to file a reply if desired. Petitioner fails to show that any action, such as discovery or the appointment of counsel, is required before those additional materials are received and reviewed by the Court. There is no need to proceed on this case sooner than dictated by the Court's current schedule. Accordingly, the Court **DENIES** Petitioner's requests.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 23, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764