UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WHITE, #177157,

    Petitioner,

Case No. 18-cv-12325
Hon. Matthew F. Leitman

v.

JACK KOWALSKI,

    Respondent.

_____/

# ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION (ECF #9)

Petitioner Charles White is a prisoner in the custody of the Michigan Department of Corrections. In this action, White seeks a writ of habeas corupus pursuant to 28 U.S.C. § 2254. (*See* ECF #1.) By written order dated October 23, 2018, this Court denied White's requests for a case status hearing and for an expedited hearing. (*See* ECF #8.) White has now filed a timely motion for reconsideration of that order. (*See* ECF #9.)

Motions for reconsideration are governed by Local Rule 7.1(h). That rule provides:

> Generally, and without restricting the Court's discretion, the Court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the Court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the Court and the parties and

1

> other persons entitled to be heard on the motion have been
> misled but also show that correcting the defect will result
> in a different disposition of the case.

E.D. Mich. Local Rule 7.1(h)(3).

The Court has reviewed White's motion and concludes that he has not met this standard. White has failed to persuade the Court that its October 23, 2018, order contains palpable defects, and White has not shown that correction of any of the alleged defects would result in a different disposition of his requests. Accordingly, White's motion for reconsideration (ECF #9) is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764