UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WHITE, #177157,

   Petitioner,

v.

JACK KOWALSKI,

   Respondent.

Case No. 18-cv-12325
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable Matthew F. Leitman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

                                  DAVID J. WEAVER
                                  CLERK OF COURT

                           By:   s/Holly A. Monda
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 6, 2020
Flint, Michigan

1