UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WHITE, #177157,

    Petitioner,               Case No. 18-cv-12325
                                    Hon. Matthew F. Leitman

v.

JACK KOWALSKI,

    Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                                  By:    s/Holly A. Monda
                                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                  Flint, Michigan
United States District Judge           May 27, 2021

1